■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELIFUS L. JONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered June 12, 1984, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JONES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Linakis, J.), rendered October 6, 1981, convicting him of assault in the second degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We agree with the trial court's denial of the defendant's

request to charge the jury that they could consider the offense of sexual abuse in the third degree as a lesser included offense of sexual abuse in the first degree since there was no reasonable view of the evidence which would support such a charge (CPL 300.50 [1]). We find no errors in the prosecutor's cross-examination of the defendant nor in his summation which would have deprived the defendant of a fair trial. Rubin, J. P., Kunzeman, Spatt and Harwood, JJ., concur.